UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WISCONSIN

---

TESS BOYRINGTON-JETZER,

      Plaintiff,

      v.                      Case No. 20-C-1002

ANDREW SAUL, Commissioner
of Social Security,

      Defendant.

---

## ORDER

---

Plaintiff Tess Boyrington-Jetzer has filed a complaint seeking review of the decision of the Commissioner of Social Security. On July 10, 2020, the court denied Plaintiff leave to proceed *in forma pauperis*, finding that Plaintiff's motion failed to show that she was indigent. The court ordered Plaintiff to pay the filing fee within 21 days or to refile a motion to proceed *in forma pauperis* that cured the deficiencies the court noted in her initial motion. Dkt. No. 6. To date, Plaintiff has failed to pay the filing fee or supplement the record to establish her indigence. Accordingly, the case is **DISMISSED WITHOUT PREJUDICE** for failure to pay the $400.00 filing fee. The Clerk shall enter judgment accordingly.

**SO ORDERED** at Green Bay, Wisconsin this 7th day of August, 2020.

                                                s/ William C. Griesbach
                                                William C. Griesbach
                                                United States District Judge